ROSE DORF and ADOLPH DORF, Respondents, v. ELIZABETH M. KASTENBERG and IRVING J. KASTENBERG, Appellants.— Judgment unanimously reversed and a

new trial ordered, with costs to the appellants to abide the event, unless the plaintiff Rose Dorf stipulates to reduce the judgment as entered in her favor to the sum of $1,000; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.